UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SUPREME HINES, (DIN#19-B-0425)

                      Plaintiff,

   v.

JEFFREY SMITH,

                      Defendants.

21-CV-6314-CJS-MWP
**ORDER TO PRODUCE FOR MEDIATION**

---

This matter having been referred to mediation and the parties having selected ADR Administrator Amanda Williams, Esq., as Mediator. (Dkt. No. 12).

IT HEREBY IS ORDERED that the plaintiff, SUPREME HINES (DIN#19-B-0425) shall appear by video from Mohawk Correctional Facility on September 17, 2021, for the mediation session; and it is further

ORDERED that the video conference will begin at 10:00 a.m. and conclude by 1:00 p.m..

      SO ORDERED.

                                                      *s/Marian W. Payson*
                                                MARIAN W. PAYSON
                                       United States Magistrate Judge

Dated: August 9, 2021
Rochester, New York