UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

SUPREME HINES,

                      Plaintiff(s),

                      v.

JEFFREY SMITH,

                      Defendant(s).

_____

***MEDIATION CERTIFICATION***

21 - cv - 6314

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on 11/29/21.

    ☐ *Case has settled.* (Comment if necessary).

    ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

    ☐ *Case has settled in part.* (Comment below). Mediation is complete.

    ☑ *Case has not settled.* Mediation will continue on 12/22/2021.

    ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

*Date:* 11/30/2021          *Mediator:* /S/ Amanda G. Williams

**Additional Comments:**
_____
_____
_____