UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

SUPREME HINES,

                      Plaintiff(s),

                                 ***MEDIATION CERTIFICATION***

                                        __21__ - cv - __6314__

                      v.

JEFFREY SMITH,

                      Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

☑ Mediation session was held on __12/22/21__.

   ☐ *Case has settled.* (Comment if necessary).

   ☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

   ☐ *Case has settled in part.* (Comment below). Mediation is complete.

   ☑ *Case has not settled.* Mediation will continue on __01/25/2022__.

   ☐ *Case has not settled.* Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

***Date:*** __12/22/2021__                           ***Mediator:*** */S/* __Amanda G. Williams__

***Additional Comments:***
_____
_____
_____